BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
(212) 983-8500
Attorneys for Defendant
New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
PACTRANS AIR & SEA INC.,                    07 CV 11441

               Plaintiff,

                                         **RULE 7.1 STATEMENT**

   -against-

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,

              Defendant.
---------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are

publicly held.

  NYMAGIC, Inc.

Dated: New York, New York
    January 18, 2008

             BROWN GAVALAS & FROMM LLP
             Attorneys for Defendant
             NEW YORK MARINE AND GENERAL
             INSURANCE COMPANY

          /S/
     By: Michael P. Naughton (MN-6870)
        355 Lexington Avenue
        New York, New York 10017
        (212) 983-8500

TO:

Law Offices of Xian Feng Zou
Attorneys for Plaintiff
39-15 Main Street, Suite 303
Flushing, New York 11354
(718) 661-9562

2