

RECEIVED
FEB - 5 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

**LAW OFFICES OF XIAN FENG ZOU**
Attorney at Law
39-15 Main Street, Suite 303
Flushing, NY 11354
(718) 661-9562
Fax: (718) 661-2211

February 4, 2008

Via Mail

Honorable Ronald L. Ellis
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Pactrans Air & Sea Inc. v. New York Marine and General
      Insurance Company
      Case No.: 07 CV 11441

Dear Judge Ellis:

This firm represents the Plaintiff Pactrans Air & Sea Inc. in the above-referenced case.

This letter is to respectfully request that the conference with the Court scheduled for February 26, 2008 at 10:00AM be adjourned to a later date. The reason for the adjournment is because I have a trial scheduled for the same time in the Kings County Supreme Court with the index no. 5912/07, which had been previously adjourned.

Defendant's counsel has been informed of this request and has consented to an adjournment.

Thank you for your kind attention to this matter.

Respectfully yours,

Xian Feng Zou

Cc:   Michael P. Naughton, Esq.
      Attorney for Defendant
      Fax: (212) 983-5946

*Handwritten note:* Conference adjourned to April 1, 2008 at 10:00 am

**SO ORDERED**
Ronald Ellis  2/6/08
**MAGISTRATE JUDGE RONALD L. ELLIS**