```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACTRAINS AIR & SEAS, INC.,

                Plaintiff,

    - against -

NEW YORK MARINE & GENERAL INSURANCE COMPANY,

                Defendant.

ORDER

07 Civ. 11441 (GEL) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 1, 2008,

**IT IS HEREBY ORDERED THAT** discovery be extended to **July 1, 2008.**

**SO ORDERED this 2nd day of April 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge